IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| FLORA MCLEAN, | ) | Cause No. CV-17-107-GF-BMM-JTJ |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice,

IT IS ORDERED that this action is dismissed with prejudice, the parties to

bear their own costs and attorneys' fees. All deadlines are VACATED and any

pending motions are DENIED as moot.

Done and dated this 15th day of April, 2019.

_____
Brian Morris
United States District Court Judge